In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for the Opening of West 231st Street in the Borough of The Bronx, City of New York.

CHARLES E. MANIERRE, Individually and as Executor of ALFRED L. MANIERRE, Deceased, Respondent.

*Matter of City of New York (West 231st Street),* 160 App. Div. 472, affirmed.
(Argued September 28, 1914; decided October 13, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1914, which reversed an order of Special Term confirming the report of commissioners of assessment in street opening procedings.

The following question was certified: "Was it error for the commissioner of assessment in this proceeding to refuse to receive evidence of and to consider the effect of the established grade of West Two Hundred and Thirty-first street, when physically regulated and graded, upon the value of the abutting property of the appellant within the area of assessment?"

*Frank L. Polk, Corporation Counsel (Joel J. Squier, John J. Kearney* and *Patrick S. MacDwyer* of counsel), for appellant.

*William A. Jenner, Charles E. Manierre* and *William L. Woodward* for respondent.

Order affirmed, with costs, on opinion of SCOTT, J., below; question certified answered in the affirmative.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.